JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE LAMELL NELSON, | ) | Case No. CV 08-7315-R (OP) |
| | ) | |
| | ) | J U D G M E N T |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| I. D. CLAY, Warden, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

DATED:   March 3, 2010

_____
HONORABLE MANUEL L. REAL
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge